# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PHL VARIABLE INSURANCE COMPANY,

Plaintiff,

v.

EVANGELOS CATSOULIS IRREVOCABLE TRUST, by and through its trustee, WILMINGTON TRUST FSB,

Defendant.

CIVIL NO. 0:10-cv-00192-PAM-JJK

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court has considered the Stipulation to Dismiss the Case with Prejudice filed by Plaintiff PHL Variable Insurance Company and Defendant Evangelos Catsoulis Irrevocable Trust, by and through its trustee, Wilmington Trust FSB. The Court finds that all matters in dispute between the parties have been fully resolved and settled, and it is of the opinion that the case should be DISMISSED.

It is, therefore, ORDERED that all claims in this matter are dismissed WITH PREJUDICE.

It is further ORDERED that all costs of Court shall be borne by the party incurring the costs.

This is a final order.

Signed this   29th   day of   September  , 2010.

                                         s/Paul A. Magnuson
                                         Paul A. Magnuson, Judge
                                         United States District Court